UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JODI SMITH,** Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br>v.<br><br>**NURTURE, INC.,**<br><br>      Defendants. | Case No. 7:21-CV-01534<br><br><br><br><br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF REBECCA A. PETERSON** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, REBECCA A. PETERSON hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs in the above-captioned action.

I am in good standing of the bars of the states of California and Minnesota and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

557232.1

Dated:  March 3, 2021           LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By:  s/  Rebecca A. Peterson
Robert K. Shelquist
Rebecca A. Peterson
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
       rapeterson@locklaw.com

**Attorneys for Plaintiffs**

557232.1